FILED

12/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0595

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0595

IN THE MATTER OF:

A.G.,

A Youth in Need of Care

## ORDER GRANTING EXTENSION OF TIME

Having considered counsel's motion for an extension of time, and for good cause showing,

IT IS HEREBY ORDERED that Mother/Appellant is granted an extension of time within which to file her opening brief. Mother/Appellant's opening brief shall be due on January 23, 2023.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 19 2022